UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER MILLER,<br><br>                          Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                          Defendant. | Case No. C18-250-RSM<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR AUTHORIZATION OF ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(b) |

This matter comes before the Court on Plaintiff Christopher Miller's Motion for Authorization of Attorney Fees Pursuant to 42 U.S.C. § 406(b). Dkt. #23. Defendant Commissioner of Social Security does not oppose Plaintiff's motion. Dkt. #25.

Having reviewed Plaintiff's motion and supporting declaration, the Court finds good cause for entry of this Order. It is therefore ORDERED that pursuant to 42 U.S.C. § 406(b) reasonable fees in the amount of $7,838.93 are awarded to Plaintiff's attorney D. James Tree and Plaintiff is due an offset of $4,825.84 for previously paid EAJA fees, leaving a net attorney fee due to Mr. Tree in the amount of $3,013.09.

DATED this 1st day of February, 2023.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 1